Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>VENTURA FOODS, LLC, a California limited liability company dba VENTURA LIQUOR & FOOD, et al.;<br><br>    Defendants. | Case No. 1:13-cv-01363-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VENTURA FOODS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY DBA VENTURA LIQUOR & FOOD ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff Natividad Gutierrez hereby dismisses this action **without prejudice as to Defendant, Ventura Foods, a California limited liability company dba Ventura Liquor & Food only**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 5, 2013                                        MOORE LAW FIRM, P.C.

                                                                      */s/ Tanya E. Moore*
                                                                       Tanya E. Moore
                                                                       Attorneys for Plaintiff
                                                                       Natividad Gutierrez

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant, Ventura Foods, LLC, a California limited liability company dba Ventura Liquor and Food, be dismissed from this action **without** prejudice.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **September 5, 2013**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE