UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | CASE NO. CV F 13-1363 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 12.) |
| vs. | |
| VENTURA FOODS, LLC, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the January 23, 2014 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **September 16, 2013**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1